AO 91 (REV.5/85) Criminal Complaint     AUSA Brian Hayes, (312) 353-4307

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ALDO ALBA

**CRIMINAL COMPLAINT**

FILED JUL 30 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE ASHMAN

CASE NUMBER: 07CR 479

07CR479

DOCKETED AUG 0 1 2007

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about __August 2006__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of Aggravated Criminal Sexual Assault

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:

Official Title

Continued on the attached sheet and made a part hereof:   __x__ Yes   ____ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

July 30, 2007
Date

at Chicago, Illinois
City and State

MARTIN C. ASHMAN, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

## AFFIDAVIT

I, TIMOTHY E. BACHA, being duly sworn, depose and say:

1. I am employed as a Special Agent of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for thirteen months. I am currently assigned to the FBI's Chicago Field Office, Violent Crimes Task Force ("VCTF"), and have been on the VCTF for approximately nine months. My duties on the VCTF include the investigation of various violent crimes, including bank robberies, kidnaping, and fugitives in violation of federal law. The information contained in this affidavit was furnished by SA P. ARAYA of the Chicago FBI, VCTF, unless otherwise indicated.

2. On April 3, 2006, Victim LE, a sixty-nine year old senior, was raped and robbed during a burglary of her residence. Subsequent investigation by the Chicago Police Department (CPD) identified ALDO ALBA as the offender in this burglary/sexual assault. On November 29, 2006, the Circuit Court of Cook County issued an arrest warrant for ALBA, charging him with Aggravated Criminal Sexual Assault, a felony in the State of Illinois. A copy of the local arrest warrant is attached to this affidavit.

3. Investigation conducted by the CPD and the FBI since the sexual assault has failed to locate ALBA in Chicago, Illinois.

4. In November 2006, CPD obtained information that ALBA fled to Pamona, California at some time after commission of the crime in April 2006. At the request of FBI/CPD in Chicago, the Pamona Police Department (PPD) investigated this lead, but the PPD was advised that ALBA had since moved, leaving Pamona, California, in approximately August 2006.

5. A review of public data bases relating to vehicle registrations available to the FBI suggests that ALBA is currently residing in the Dallas, Texas area.

6. Based on the information contained in this affidavit, I believe ALDO ALBA fled the State of Illinois to avoid prosecution for Aggravated Criminal Sexual Assault, and is residing in the Dallas, Texas area.

7. The Cook County State's Attorney's Office will extradite ALBA when he is apprehended.

_____
TIMOTHY E. BACHA
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 30th day of July, 2007

_____
MARTIN C. ASHMAN
United States Magistrate Judge

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.

ALDO                     ALBA
(First)     (M.I.)       (Last)

Case No. 06-11785

☐ Violation of:
 ☐ Probation          ☐ AMF
 ☐ Supervision        ☐ Arrest
 ☐ Conditional Discharge  ☐ BFW

## ARREST WARRANT

06-1-11785

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant ALDO ___ ALBA
                                   (First) (M.I.) (Last)

for the offense(s) of AGGRAVATED CRIMINAL SEXUAL ASSAULT
                           (Description)

720        ILCS 5  /  12  14  a  1
              (Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at

2600 S. California      / 250     BR 66   / 01
  (Location)                       (Room)    (Call or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LIMITATIONS**

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-5(c).

Issued in Cook County  11-29-06

Bail Fixed at $  No Bail

Judge _____ 1791

_____
(Geographic Limitations)

_____
Prosecutor

_____
Judge                No.

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof,

Dorthy Brown
Clerk of The Circuit Court     By _____ Deputy Clerk

Reviewed By  ASA NANCY WILDER       Audited By _____
               Prosecutor                         Clerk

Name    ALDO          ALBA              Alias   AL
       (First)  (M.I.)  (Last)

Residence  3440 W. 64th Pl.,  Chicago              IL
             Street            City or Town       State       Zip

| Sex | Race | Height | Weight | D.O.B. | Age | Complexion | Build | Driver's License No. |
|---|---|---|---|---|---|---|---|---|
| M | WH | 508 | 150 Lbs | 29 Jul 73 | 33 | Med | Med | A41000173215 |

| IR. | CB/DCN | FBI | SID | Social Security | Forfeited Bond No. |
|---|---|---|---|---|---|
| 947590 | | | 29466730 | 322647676 | |

Complainant's Name  L___ E___                     Address _____ Chicago
Arresting Officer   C. CHERKE      Star No. 20385   Agency/Unit  CPD/610   Officer's Key ____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK, COUNTY, ILLINOIS**